**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | | |
|---|---|---|
| **IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION** | ) | MDL No. 2:18-mn-2873-RMG<br><br>Notice of Voluntary Dismissal<br><br>**This Document Relates to:**<br>**2:25-cv-04753-RMG;**<br>**2:25-cv-04813-RMG;**<br>**2:25-cv-12304-RMG;**<br>**2:25-cv-12322-RMG;**<br>**2:25-cv-12329-RMG;**<br>**2:25-cv-12434-RMG;**<br>**2:25-cv-12440-RMG;**<br>**2:25-cv-12449-RMG;**<br>**2:25-cv-12463-RMG;**<br>**2:25-cv-12495-RMG;**<br>**2:25-cv-12498-RMG;**<br>**2:25-cv-12547-RMG;**<br>**2:25-cv-12552-RMG** |

**NOTICE OF DISMISSAL OF DUPLICATE FILINGS BY LISTED PLAINTIFFS ONLY, AS TO LISTED ACTIONS ONLY, WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**

The undersigned counsel has learned that the Plaintiff(s) listed in Exhibit A have inadvertently filed multiple actions in this MDL the asserting the same or substantially similar claims. Such Plaintiff(s) now voluntarily dismiss the duplicate filing of the Plaintiff(s)' claims in the Docket Number listed in Exhibit A only. Such dismissal is entered pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and is without prejudice.

Dismissal of the Plaintiff(s) from the Docket number listed in Exhibit A shall have no effect on any other actions filed by the same Plaintiff. For the avoidance of doubt, because this dismissal is entered merely to cure the double or any multiple filing, such dismissal shall not be considered an adjudication on the merits of the dismissed claims. Further, such dismissal does not preclude counsel

who represented Plaintiff in the dismissed action from asserting a claim for legal fees if appropriate.

Dated: August 28, 2026

Respectfully submitted,

By: */s/ Asim M. Badaruzzaman*

Asim M. Badaruzzaman (NJ ID 040462009)
Matthew B. Sicheri (NJ ID 256102018)
**SBAITI & COMPANY NJ LLC**
100 Mulberry Street,
3 Gateway Center, Suite 1102,
Newark, NJ 07102
P: (973) 954-2000
F: (973) 954-9710
amb@sbaitilaw.com
matthew.sicheri@sbaitilaw.com

***Attorneys for Plaintiffs***

# EXHIBIT A

| Case Name | Case Number | Plaintiff Name | MDL Portal Number |
|---|---|---|---|
| John Harpel, et al. v. The 3M Company, et al. | 2:25-cv-04753-RMG | Lynn Glidewell | AFFF091212 |
| John Harpel, et al. v. The 3M Company, et al. | 2:25-cv-04753-RMG | Joey Hatfield | AFFF095052 |
| Iyad A. Zorba, et al v. The 3M Company, et al. | 2:25-cv-04813-RMG | Timothy Nichols | AFFF064875 |
| Iyad A. Zorba, et al v. The 3M Company, et al. | 2:25-cv-04813-RMG | Cliff Weaver | AFFF079935 |
| James Aldrich, et al. v. AGC Chemicals Americas Inc., et al. | 2:25-cv-12304-RMG | Staci Guess | AFFF140790 |
| James Aldrich, et al. v. AGC Chemicals Americas Inc., et al. | 2:25-cv-12304-RMG | Alice Kocevar | AFFF240936 |
| Alvin Armbruster v. The 3M Company f/k/a Minnesota Mining and Manufacturing Co., et al. | 2:25-cv-12322-RMG | Eric Knight | AFFF218450 |
| Alvin Armbruster v. The 3M Company f/k/a Minnesota Mining and Manufacturing Co., et al. | 2:25-cv-12322-RMG | Sonia Mitchell | AFFF127603 |
| Terry Adams, et al. v. The 3M Company, f/k/a Minnesota Mining and Manufacturing Co., et al | 2:25-cv-12329-RMG | Kenneth Keating | AFFF145586 |
| Terry Adams, et al. v. The 3M Company, f/k/a Minnesota Mining and Manufacturing Co., et al | 2:25-cv-12329-RMG | Debra McKelvey On Behalf of Thomas McKelvey | AFFF225596 |
| Terry Adams, et al. v. The 3M Company, f/k/a Minnesota Mining and Manufacturing Co., et al | 2:25-cv-12329-RMG | Frank Trahan | AFFF159083 |
| Terry Adams, et al. v. The 3M Company, f/k/a Minnesota Mining and Manufacturing Co., et al | 2:25-cv-12329-RMG | John Wiggins Sr. | AFFF170069 |
| Maziyar Arya, et al v. The 3M Company, f/k/a Minnesota Mining and Manufacturing Co., et al | 2:25-cv-12434-RMG | Shirlene Scott | AFFF171896 |
| Sherry Aldridge, et al v. The 3M Company, f/k/a Minnesota Mining and Manufacturing Co., et al | 2:25-cv-12440-RMG | Eric Buffington | AFFF243094 |
| Sherry Aldridge, et al v. The 3M Company, f/k/a Minnesota Mining and Manufacturing Co., et al | 2:25-cv-12440-RMG | John Gall | AFFF211507 |
| Sherry Aldridge, et al v. The 3M Company, f/k/a | 2:25-cv-12440-RMG | Stephanie Herrada | AFFF147862 |

| | | | |
|---|---|---|---|
| Minnesota Mining and Manufacturing Co., et al | | | |
| Sherry Aldridge, et al v. The 3M Company, f/k/a Minnesota Mining and Manufacturing Co., et al | 2:25-cv-12440-RMG | Lonnie McDonald | AFFF243013 |
| Allison Alston, et al v. The 3M Company, f/k/a Minnesota Mining and Manufacturing Co., et al | 2:25-cv-12449-RMG | Eleanor Bowie Shanks | AFFF217717 |
| Allison Alston, et al v. The 3M Company, f/k/a Minnesota Mining and Manufacturing Co., et al | 2:25-cv-12449-RMG | Derek Melton | AFFF239689 |
| Allison Alston, et al v. The 3M Company, f/k/a Minnesota Mining and Manufacturing Co., et al | 2:25-cv-12449-RMG | Lindel Morgan | AFFF170554 |
| Allison Alston, et al v. The 3M Company, f/k/a Minnesota Mining and Manufacturing Co., et al | 2:25-cv-12449-RMG | Blair Stamm | AFFF242472 |
| Allison Alston, et al v. The 3M Company, f/k/a Minnesota Mining and Manufacturing Co., et al | 2:25-cv-12449-RMG | Gail Stewart | AFFF208935 |
| Allison Alston, et al v. The 3M Company, f/k/a Minnesota Mining and Manufacturing Co., et al | 2:25-cv-12449-RMG | Paul Young | AFFF127395 |
| Nickolas Abrantes, et al v. The 3M Company, f/k/a Minnesota Mining and Manufacturing Co., et al | 2:25-cv-12463-RMG | Ronnie Burchette | AFFF221952 |
| Nickolas Abrantes, et al v. The 3M Company, f/k/a Minnesota Mining and Manufacturing Co., et al | 2:25-cv-12463-RMG | Lori Mansell | AFFF213950 |
| Nickolas Abrantes, et al v. The 3M Company, f/k/a Minnesota Mining and Manufacturing Co., et al | 2:25-cv-12463-RMG | Rhonda Moore | AFFF149867 |
| Nickolas Abrantes, et al v. The 3M Company, f/k/a Minnesota Mining and Manufacturing Co., et al | 2:25-cv-12463-RMG | Steven Smith | AFFF178240 |
| Nickolas Abrantes, et al v. The 3M Company, f/k/a Minnesota Mining and Manufacturing Co., et al | 2:25-cv-12463-RMG | Joyce Williams | AFFF225428 |
| Crystal Abastta, et al v. | 2:25-cv-12495-RMG | Davis Brewer | AFFF130236 |

| | | | |
|---|---|---|---|
| The 3M Company, f/k/a Minnesota Mining and Manufacturing Co., et al | | | |
| Crystal Abastta, et al v. The 3M Company, f/k/a Minnesota Mining and Manufacturing Co., et al | 2:25-cv-12495-RMG | Sione Filimoeatu | AFFF190910 |
| Curtis Lassiter, et al v. The 3M Company, f/k/a Minnesota Mining and Manufacturing Co., et al | 2:25-cv-12498-RMG | Ronald Smith | AFFF135865 |
| Curtis Lassiter, et al v. The 3M Company, f/k/a Minnesota Mining and Manufacturing Co., et al | 2:25-cv-12498-RMG | Donnie Williams Sr. | AFFF164776 |
| Cleo Williams, et al. v. The 3M Company, et al. | 2:25-cv-12547-RMG | Todd Van Kleeck | AFFF033054 |
| Frances Lino, et al. v. The 3M Company, et al. | 2:25-cv-12552-RMG | Brian Coolbaugh | AFFF061920 |
| Frances Lino, et al. v. The 3M Company, et al. | 2:25-cv-12552-RMG | Frances Lino | AFFF031367 |
| Frances Lino, et al. v. The 3M Company, et al. | 2:25-cv-12552-RMG | James Tsuchiya | AFFF031766 |